Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court
## Southern District of New York

**UNITED STATES OF AMERICA**

v.

**PASQUALE PARRELLO**

Docket No.: 16 Cr. 522 (RJS)

Hon. Richard J. Sullivan, District Court Judge

Notice is hereby given that **Pasquale Parrello** appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on or about September 7, 2017.

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

Date: September /5, 2017

Kevin B. Faga, Counsel for Appellant

Address: 399 Knollwood Road, Ste. 301
White Plains, New York 10603

ADD ADDITIONAL PAGE IF NECESSARY

Telephone Number **(914) 358-1373**

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| **QUESTIONNAIRE** | **TRANSCRIPT ORDER** | **DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)** |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason:<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ _ ] Prepare proceedings<br>[ _ ] Trial<br>[ X ] Sentencing: Sept. 7, 2017<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment: [ ___ ] Funds [ ___ ]    CJA Form 24 [ _ ]

| ATTORNEY'S SIGNATURE | DATE: September /5, 2017 | |
|---|---|---|
| **COURT REPORTER ACKNOWLEDGMENT** | TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals | |
| Date order received | Estimated completion date | Estimated number of pages |
| | Date _____ Signature _____<br>(Court Reporter) | |

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02