**MANDATE**

N.Y.S.D. Case #
16-cr-0522(RJS)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and eighteen.

_____

United States of America,

    Appellee,

v.

Pasquale Parello, AKA Patsy, AKA Pat, Anthony Vazzano, AKA Tony the Wig, AKA Muscles, John Spirito, AKA Johnny Joe,

    Defendants - Appellants,

_____

**ORDER**

Docket No. 17-2913

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 12, 2018

Appellant Parello and the Government have filed a stipulation to withdraw the appeal pursuant to Federal Rule of Appellate Procedure 42(b). Upon consideration thereof,

The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/12/2018