UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PASQUALE PARRELLO,<br><br>　　　　　　　Defendant. | No. 16-cr-522 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On December 14, 2020, the Court received Pasquale Parrello's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Doc. No. 1784.)  IT IS HEREBY ORDERED THAT the government shall respond to the motion no later than December 29, 2020.  IT IS FURTHER ORDERED that Parrello shall file his reply, if any, by January 6, 2021.

SO ORDERED.

Dated:     December 15, 2020
           New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation